**FILED**

OCT 31 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOSUE MORALES §
*Plaintiff*, §
§
v. § CASE NO. SA:19-CV-00305-OLG
§
ALLSTATE FIRE AND CASUALTY §
INSURANCE COMPANY §
*Defendant.* §

## ORDER OF DISMISSAL

On this day, the Court considered the Parties' *Joint Stipulation of Dismissal*. Having reviewed the record, the Court hereby **APPROVES** and **GRANTS** the stipulation as follows:

**IT IS ORDERED** that the Court expressly retains jurisdiction over the Confidential Settlement Agreement and Release entered by the Parties on October 16, 2019, the terms of which are incorporated by reference herein.

**IT IS ORDERED** that all the Plaintiff's claims against the Allstate Fire and Casualty Insurance Company in this action are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that each party bear its own costs, attorney's fees, and expenses.

SIGNED on this 31 day of October, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

{00544481}